UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 NOV -9  P 3: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MATTHEW FELLOWS and FELLOWS TRANSPORT, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO.: 1:06-CV-1011-MHT |
| GREAT DANE TRAILERS and GREAT DANE LIMITED PARTNERSHIP, | ) ) ) ) ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant **Great Dane Limited Partnership**, which was mistakenly identified in the Plaintiffs' Complaint as both **Great Dane Limited Partnership** and **Great Dane Trailers**[1] and state that Great Dane Limited Partnership has no general or limited partners that issue shares of stock to

---

[1] There is no such legal entity called Great Dane Trailers. "Great Dane Trailers" is a trade name used by Great Dane Limited Partnership. Great Dane Limited Partnership has taken service of the Complaint purportedly served by the Plaintiffs on both named Defendants. Accordingly, Great Dane Limited Partnership is the only Defendant in this proceeding and the only Defendant that has been served with a copy of the Complaint.

the public. Great Dane Limited Partnership further states that it has no subsidiaries or ownership interest in any entity that issues shares of stock to the public.

/s/ _____
Charles A. Stewart III (STE067)
Robert E. Poundstone, IV (POU006)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: cstewart@bradleyarant.com
        bpoundstone@bradleyarant.com

Attorneys for Defendant Great Dane Limited Partnership

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

>Ron Storey
>Post Office Box 6567
>Dothan, Alabama 36302

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this 9th day of November, 2006.

>Respectfully submitted,
>
>/s/ Charles A. Stewart III
>Charles A. Stewart III (STE067)
>Robert E. Poundstone, IV (POU006)
>BRADLEY ARANT ROSE & WHITE LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: cstewart@bradleyarant.com
>        bpoundstone@bradleyarant.com
>
>Attorneys for Defendant Great Dane Limited Partnership