IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW FELLOWS and ) | |
| FELLOWS TRANSPORT, LLC, ) | |
| ) | |
| Plaintiffs, ) | CASE NUMBER: |
| ) | 1:06cv01011-MHT |
| v. ) | |
| ) | |
| GREAT DANE TRAILERS and ) | |
| GREAT DANE LIMITED ) | |
| PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF DEADLINE FOR
FILING RULE 26(f) REPORT OF DISCOVERY PLAN**

**COMES NOW** Defendant Great Dane Limited Partnership, with express consent of counsel for Plaintiffs Matthew Fellows and Fellows Transport, LLC, and respectfully asks the Court for an extension of the December 1, 2006, deadline to file a Rule 26(f) report of discovery plan. As grounds for this motion, Defendant states on behalf of all the parties:

1.  The parties have reached a tentative settlement of this lawsuit and are in the process of drafting and executing settlement papers.

2.  Accordingly, the parties believe it would be in the interest of justice and judicial economy to finalize the settlement before submitting a Rule 26(f) report since it would avoid the Court entering an unnecessary scheduling order and the parties incurring unnecessary legal fees in preparing a report.

**WHEREFORE**, the Defendant, with the express consent of Plaintiffs, respectfully asks this Court to grant an indefinite extension of the deadline for filing a Rule 26(f)

1

report while settlement is finalized. Should the settlement efforts fail, the parties will so notify the Court and file a Rule 26(f) report at the same time.

        Respectfully submitted,

        /s/ Robert E. Poundstone
        Robert E. Poundstone IV (POU006)
        Charles A. Stewart III (STE067)
        BRADLEY ARANT ROSE & WHITE LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, Alabama 36104
        Telephone:  (334) 956-7700
        Facsimile:   (334) 956-7701
        Email:  bpoundstone@bradleyarant.com

        Attorneys for Defendants Great Dane
        Limited Partnership

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

>Ron Storey, Esq.
>Post Office Box 6567
>Dothan, Alabama 36302

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address on this the 30th day of November, 2006.

>/s/ Robert E. Poundstone
>Robert E. Poundstone IV (POU006)
>Charles A. Stewart III (STE067)
>BRADLEY ARANT ROSE & WHITE LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, Alabama 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>Email: bpoundstone@bradleyarant.com
>
>Attorneys for Defendants Great Dane Limited Partnership

1/1526839.1

3