IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW FELLOWS and | ) | |
| FELLOWS TRANSPORT, LLC, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:06cv1011-MHT |
| | ) | |
| GREAT DANE TRAILERS and | ) | |
| GREAT DANE LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension of deadline (doc. no. 5) is granted.

(2) The parties are allowed until December 15, 2006, to file their Rule 26(f) report.

DONE, this the 1st day of December, 2006.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE