IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 DEC 15 P 4: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MATTHEW FELLOWS and FELLOWS TRANSPORT, LLC, | * * |
| PLAINTIFFS, | * |
| VS. | * |
| GREAT DANE TRAILERS and GREAT DANE LIMITED PARTNERSHIP, | * CASE NUMBER: 1:06CV01011-MHT * * |
| DEFENDANTS. | |

## MOTION OF PLAINTIFFS TO DISMISS WITH PREJUDICE

Come now the Plaintiffs, by and through their undersigned attorney, and move the Court to dismiss the above-captioned proceeding with prejudice in that the parties have amicably settled their differences.

Dated this the 13TH day of December, 2006.

Ron Storey (STO015)
Attorney for Plaintiffs
P.O. Box 6567
Dothan, Alabama 36302
(334) 793-7635

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the above-signed date, I have placed a copy of the foregoing in the U.S. Mail, postage prepaid and addressed to the attorneys for the Defendants as follows:

  **Robert E. Poundstone, IV**
  Bradley, Arant, Rose & White, LLP
  The Alabama Center for Commerce
  401 Adams Avenue, Suite 780
  Montgomery, Alabama 36104

           /s/ Ron Storey
           Ron Storey

\WP9\FELLOWS TRANSPORT, LLC vs. GREAT DANE (MOTION TO DISMISS W/PREJUDICE)